**FILED**

UNITED STATES DISTRICT COURT    2008 AUG -1  AM 10: 44
SOUTHERN DISTRICT OF CALIFORNIA
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2370

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case Number _____ |
| ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v.          ) | Title 21, U.S.C., Sections 952 and 960 |
| Hector       ) | Importation of a Controlled Substance |
| Manuel       ) | |
| CARLO          Defendant,   ) | |
| ) | |

The undersigned complaint being duly sworn states:

On or about July 31, 2008, within the Southern District of California, Hector Manuel CARLO, did knowingly and intentionally import approximately 11.94 kilograms of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Douglas Chalifoux/Special Agent
U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF AUGUST, 2008.

_____
MAGISTRATE JUDGE



## PROBABLE CAUSE STATEMENT

On July 31, 2008, at approximately 3:45 a.m., Hector Manuel CARLO made application for admission into the U.S. from Mexico at the Otay Mesa Port of Entry (POE) driving a red Ford Focus bearing California license plate: 6EHF007. U.S. Customs and Border Protection Officer (CBPO) Ibarra was performing pre-primary duties in lane #3. That entails a roving patrol in front of the primary booths.

CBPO Ibarra approached and asked CARLO for a Customs declaration. CARLO said to CBPO Ibarra that he was not bringing anything from Mexico into the U.S. and he presented a United States birth certificate and valid California driver license. CARLO also said that he was the owner of the vehicle and that he was on his way to work in landscaping.

CBPO Ibarra requested Canine Enforcement Officer Drivdahl to screen the car using his Narcotics Detection Dog (NDD), "Suza CG-19." CBPO Drivdahl responded with his NDD which then alerted to the rear wheel area on the passenger's side of the vehicle. CBPO Ibarra escorted CARLO and the Ford Focus to the secondary inspection lot.

At the secondary lot, CBPO Freer used a "buster" to determine density of the rocker panels and wheel wells of the Ford Focus. This device determined that an abnormally high reading had occurred on the rocker panels of the car. CBPO Ibarra then opened one side of the car's rocker panels and found a black package wrapped in cellophane wrapping inside. He told CBPO Freer of the discovery and CBPO Freer escorted CARLO to the security office.

A subsequent CBP border search of the vehicle's rocker panels revealed ten (10) cellophane-wrapped packages of a white, powdery substance, which weighed approximately 11.94 kilograms. A presumptive field-test of the substance indicated a positive reaction to the presence of methamphetamine. These packages were secreted inside 2 non-factory compartments in the rocker panels. These compartments were covered by additional pieces of a red-painted, heavy-gauge metal which are heavier than the body parts for the Ford Focus. These, in turn were covered with some red duct tape, a roll of which was found inside the car, as well. Also found inside the car was a small set of sockets and a ratchet wrench with an attached hex-head bit. This bit was the exact size needed to remove the bolts holding the seats and rocker panel coverings inside the car so that the entire amount of methamphetamine could be removed. CBP Officers used this hex-head bit to remove these bolts.

CARLO was read and waived his constitutional rights under Miranda. He stated to ICE agents that he was going to meet a man whose name CARLO said was "Miguel" about painting homes in the San Diego area. This contradicts what he

MSE

told CBPO Ibarra in his first encounter in pre-primary. When special agents asked to contact the man named "Miguel," CARLO said that he did not have his phone number and that "Miguel" was to call him about meeting for work that day. CARLO said at different times that the meeting place with "Miguel" was to take place at a Burger King, then he later said at a Jack-in-the-Box, and CARLO later said at a McDonald's. Agents never heard or saw a phone call come into CARLO's cell phone for the entire morning. CARLO went on to say he knew nothing about the drugs found in his car and that he purchased the car on or about June 18, 2008. When asked if he had the car solely in his possession since the time of purchase, CARLO said that it never left his possession since that time.

The vehicle, methamphetamine, tools, cell phone and non-factory cover plates were retained as evidence. CARLO was booked into the Metropolitan Correctional Center San Diego under booking number 10471-298 pending federal judicial proceedings.